# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| TOMIKA HINDSON,<br><br>      Plaintiff,<br><br>v.<br><br>DATAX, LTD. and LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>      Defendants. | Case No. 4:24-cv-00174-SHL-WPK |

## NOTICE OF SETTLEMENT AS TO DATAX, LTD ONLY

COME NOW, Defendant DataX, Ltd. ("DataX"), and hereby notifies the Court that *pro se* Plaintiff Tomika Hindson and DataX have reached a settlement in principle as to Plaintiff's allegations against DataX, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant DataX. Plaintiff's claims as to the remaining Defendants remain before the Court. DataX requests that the Court vacate all pending deadlines in this matter as to DataX only. DataX also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: July 2, 2024

                                            Respectfully submitted,

                                            MAYNARD NEXSEN, P.C.
                                            By: */s/ Angel West*
                                                Angel West, AT0008416
                                                awest@maynardnexsen.com
                                                MAYNARD NEXSEN, P.C.
                                                801 Grand Avenue, Suite 100
                                                Des Moines, IA  50309
                                                Telephone:  (515) 686-8223

                                            *Counsel for Defendant*
                                            *DataX, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I presented the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Tomika Hindson (*plaintiff pro se*)
>PO Box 3754
>Urbandale, Iowa  50323
>Email:  hindson.tomika74@yahoo.com

>/s/ Angel West
>Angel West
>*Counsel for Defendant*
>*DataX, Ltd.*

312150384v.1